

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2015

No. 04-15-00088-CV

**FARIAS**, et al,
Appellants

v.

**REYNA**, et al,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-13-261
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

The appellant's opposed motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before July 16, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2015.

_____
Keith E. Hottle
Clerk of Court